UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN GALE,<br><br>                      Plaintiff<br><br>- against -<br><br>WEST DEVELOPMENT C LLC and HALCYON MANAGEMENT GROUP LLC<br><br>                      Defendants | 24cv6201 (FB) (LKE) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: February 19, 2026

| | |
|---|---|
| **LAW FIRM OF JAMES E. BAHAMONDE, P.C.**<br><br>By:_____<br>James E. Bahamonde<br>2501 Jody Court<br>North Bellmore, NY 11710<br>Tel: (646) 290-8258<br>james@civilrightsNY.com<br><br>Attorney for Plaintiff | **JACKSON LEWIS P.C.**<br><br>By:_____<br><br>John J. Dipalma<br>44 South Broadway, 14th Floor<br>White Plains, NY 10601<br>Tel: 914-872-6920<br>E-mail: Joseph.DiPalma@jacksonlewis.com<br><br>Attorney for Defendants |

1

It is so ORDERED this _____ day of _____, 2026.

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT COURT JUDGE