**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

24cv6201 (FB) (LKE)

JOHN GALE,

                                   Plaintiff

        - against -

WEST DEVELOPMENT C LLC and HALCYON
MANAGEMENT GROUP LLC

                                   Defendants

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant, incompetent person for whom a committee has been appointed or conservatee and no

person, not a party, has an interest in the subject matter of the action, the above entitled action

be, and the same hereby is discontinued with prejudice, without costs to any party as against the

other.  This stipulation may be filed without further notice with the Clerk of the Court.

DATED: February 19, 2026


**LAW FIRM OF JAMES E.**                    **JACKSON LEWIS P.C.**
**BAHAMONDE, P.C.**

                                            By:_____


By:_____

James E. Bahamonde                          John J. Dipalma
2501 Jody Court                             44 South Broadway, 14th Floor
North Bellmore, NY 11710                    White Plains, NY 10601
Tel:  (646) 290-8258                        Tel:  914-872-6920
james@civilrightsNY.com                     E-mail: Joseph.DiPalma@jacksonlewis.com


  Attorney for Plaintiff                      Attorney for Defendants


1

It is so ORDERED this __19__ day of __February_____, 2026.

/S/ Frederic Block
_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT COURT JUDGE